**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE, INDIANA**

| | |
|---|---|
| JOLEEN SCHWIER | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) CAUSE NO. 4:23-cv-0087 |
| | ) |
| GREATER LAFAYETTE | ) |
| TRANSPORTATION | ) |
|     Defendant, | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e, Americans with Disabilities Act of 1990.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on July 25, 2023.

**PARTIES**

3. Plaintiff is lesbian woman and at all relevant times she resided in the Northern District of Indiana.

4. Defendant is a municipal corporation doing business in the State of Indiana in the Northern District of Indiana.

**FACTS**

5. In 2022, Plaintiff began working for Defendant as an HR administrator.

6. Plaintiff performed her job well.

7. During the course of Plaintiff's employment, Defendant's previous interim CEO and two of Defendant's board members fostered an environment that allowed and encouraged sex and race discrimination, and sexual harassment.

8. The interim CEO, denied Hispanics overtime due to their race and denied compensation evaluations to women, but promoted men.

9. The interim CEO openly treated LGPTQ employees less favorably than non-LGTBQ employees.

10. The interim CEO refused to hire African Americans and women.

11. In May 2022, the interim CEO reprimanded Plaintiff for being "too positive" after he saw Plaintiff drinking out of a cup that said "LOVE" in big rainbow letters.

12. The interim CEO also inquired about Plaintiff's personal life because he believed she was LGBTQ.

13. In June 2022, Plaintiff requested a race and title change because she was being tasked with directorial duties, but did not have the title.

14. Plaintiff's request was denied allegedly due to "budget reasons." However, male employees received pay raises.

15. Plaintiff contacted board members to discuss the interim CEOs behavior.

16. Plaintiff was told by the board chair that he was to busy to meet with her.

17. On September 16, 2023, the interim CEO terminated Plaintiff.

18. The reason given for Plaintiff's termination was that "Plaintiff's services were no longer needed" and that interim CEO lost confidence in Plaintiff's skills.

19. Plaintiff had never been written up nor disciplined while working at Defendant. However, male employees who did not engaged in protected activity, but engaged in conduct of comparable seriousness were not terminated.

20. Plaintiff was terminated due to her sex.

21. Plaintiff was terminated due to her sexual orientation.

22. Plaintiff was terminated due to engaging in protected activity.

## COUNT I

23. Plaintiff incorporates by reference paragraphs 1-22.

24. Defendant, as a result of terminating Plaintiff due to her gender, violated the Title VII 42 U.S.C. § 2000e.

## COUNT II

25. Plaintiff incorporates by reference paragraphs 1-22.

26. Defendant, as a result of terminating Plaintiff due to her sexual orientation, violated the Title VII 42 U.S.C. § 2000e.

## COUNT III

27. Plaintiff incorporates by reference paragraphs 1-22.

28. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated the Title VII 42 U.S.C. § 2000e.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd<br>Amber K. Boyd 31235-49<br>Attorney for Plaintiff

# REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd<br>Amber K. Boyd 31235-49<br>Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070